■ In the Matter of the Claim of SHIRLEY ZURI MCKIE, Appellant. COMMISSIONER OF LABOR, Respondent. [10 NYS3d 916]—

Rose, J. Appeal from a decision of the Unemployment Insurance Appeal Board, filed December 24, 2013, which charged

claimant with a recoverable overpayment of emergency unemployment compensation benefits.

Claimant was charged with a recoverable overpayment of $3,636 in federally funded emergency unemployment compensation benefits (see Pub L 110-252, tit IV, § 4001 et seq., 122 US Stat 2323; Matter of Silver [Commissioner of Labor], 84 AD3d 1634, 1635 [2011]). The Unemployment Insurance Appeal Board denied her application for a waiver of repayment and claimant appeals.

We affirm. Repayment of emergency unemployment compensation benefits may be waived as a matter of equity or in good conscience (see United States Dept. of Labor, Unemployment Ins. Program Letter No. 23-08, Attachment A at A11-A13). Contrary to claimant's contention, the record reflects that, at the time of her application, claimant's monthly income exceeded her expenses. Accordingly, substantial evidence supports the Board's determination that a waiver was not justified (see Matter of Babcock [Commissioner of Labor], 106 AD3d 1316 [2013]; Matter of Silver [Commissioner of Labor], 84 AD3d at 1635).

Garry, J.P., Egan Jr. and Lynch, JJ., concur. Ordered that the decision is affirmed, without costs.